IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVELIN LOPEZ AND MARIA MENESES, on behalf of themselves, and all other plaintiffs known and unknown,<br><br>Plaintiffs<br><br>v.<br><br>COMPASSION HOME HEALTH SERVICES, A/K/A COMPASSION HEALTH SERVICES, LLC, NATION WIDE HOME HEALTH CARE SERVICES, INC., AMANDO SILVA, INDVIDUALLY AND DAISY TUAZON LOPEZ, INDIVIDUALLY<br><br>Defendants | No. 11 cv 2058<br><br>**Honorable Judge Zagel**<br><br>Magistrate Judge Keys<br><br>*JURY DEMAND* |

**PLAINTIFFS' AGREED MOTION
FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorney of record, and in support of their Agreed Motion For Entry of Judgment, states as follows:

1. On approximately March 5, 2011, this matter was filed with the United States District Court.

2. Approximately September, 2012 the matter was resolved between the parties and a settlement agreement was executed.

3. The Agreement contains the following payment schedule:

> *Payment to Plaintiffs.* (a) Compassion agrees to pay the Plaintiffs $20,328.50, plus 6% interest per annum on any unpaid balance until such balance is paid in full. Compassion shall pay the Plaintiff monthly installments of $2,000.00 until the balance is paid in full. The installment payments shall be due on the first day of the first month after the execution of this agreement by all parties. In the event that Compassion closes a sale of itself or if the principal shareholder of Compassion sells her interest, Compassion shall pay the Plaintiffs within fourteen days of the sale of the assets of Compassion as provided below.

1

4. Defendant "Compassion" has breached the Agreement in that payments as specified therein have not been made.

5. The Agreement contained the following provision in the event of any breach by either party:

> 15. *Settlement Agreement Default Remedies*. In the event that any party to this Agreement fails to perform terms as agreed herein, the non-breaching party shall serve notice of the breach of this Agreement. The breaching party has ten (10) business days to cure the breach. In the event that the breach is not cured, the non-breaching party may move the court for (1) reinstatement of the case as to the breaching party only and (2) entry of judgment against the breaching party for the entire unpaid balance owed by the breaching party. In that event that the non-breaching party moves for entry of judgment, the parties agree now that the breaching party will not oppose the entry of judgment at that time, in favor of the non-breaching party and against the breaching party, for the remaining balance of the total payment required, plus reasonable attorney's fees. To cause judgment to be entered under that circumstance, the breaching party would file (1) an "Agreed Motion to Reinstate" and (2) an "Agreed Motion For Entry of Judgment" with the Court. The parties have agreed to in advance, and shall not oppose, these motions in the event of uncured default, as defined above. Notices required by this paragraph may be sent to the breaching party's current attorney of record.

6. Plaintiffs have patiently worked with Defendant Compassion in terms of honoring this Agreement, including one insufficient funds check and more than four months of missed installments. To date, Compassion has paid only $4,500 towards satisfaction of this Agreement, leaving an unpaid balance of $15,828.50

7. The Agreement also contains the following provision pertaining to fees incurred in the enforcement of the provisions of the Agreement:

> 5. *Attorneys' Fees*. Each party shall be responsible to pay its own attorneys. However, should Plaintiff incur additional attorney's fees as a result of action necessary to enforce the provisions of this agreement, Plaintiffs' reasonable fees shall be paid by Compassion.

8. Plaintiffs' counsel has incurred otherwise unnecessary fees in bringing this Motion To Reinstate and Motion To Enforce Settlement. By his signature to this Motion, Plaintiff's attorney John W. Billhorn attests to the expenditure of an additional 7.25 hours (at his approved rate of $525 per hour) for a total of an additional $3,806.25 in pursuit of this Agreement. To the extent future attorney's fees are incurred in the enforcement of the Agreement and the payment of the same, Plaintiffs expressly reserve their right to petition the Court for an amendment or supplemental judgment in order to recover any such additional fees

9. Plaintiffs request this Court to enter this interim judgment in the amount of $19,634.75.

WHEREFORE, Plaintiffs request this Court to enter an order granting their Agreed Motion For Entry of Judgment, and on behalf of Plaintiffs and against Defendant Compassion Health Services, LLC enter Judgment in the amount of $19,634.75, and for such other relief as the Court deems appropriate under the circumstances.

Respectfully Submitted

*Electronically Filed 3/6/2013*

s/ John W. Billhorn
_____
John W. Billhorn


BILLHORN LAW FIRM
120 S. State Street, Suite 400
Chicago, Illinois 60603
(312) 853-1450